**FILED**

JAN 2 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          OAKLAND DIVISION

11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00541-CW (DMR) |
| Plaintiff, | ) ) | |
| | ) | DETENTION ORDER |
| v. | ) ) | |
| | ) | |
| MUSTAFA RAHIM, | ) ) | |
| Defendant. | ) | |
| _____ | ) ) | |

## I. DETENTION ORDER

Defendant Mustafa Rahim is charged in an indictment with 18 U.S.C. §§ 111(a), 111(b)
& 2 (assault on federal officer and aiding and abetting) and 18 U.S.C. § 1708 (possession of
stolen mail). On January 21, 2011, the United States moved for Mr. Rahim's detention pursuant
to 18 U.S.C. § 3142(f). Defense counsel noted that Mr. Rahim may be subject to state parole
holds at this time. Mr. Rahim requested the preparation of a criminal record report, and waived
the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C.
§ 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to
testify, to present witnesses, to cross-examine adverse witnesses, and to present information by

DETENTION ORDER
CR 10-00541CW (DMR)                               1

cc: Copy to parties via ECF, Nikki, 2 Certified copies to U.S. Marshal,
    Pretrial Services

1   proffer or otherwise).  As such, Defendant retains his right to raise any additional relevant

2   information at a later hearing.

3          After considering the limited information available to the Court, and the factors set forth

4   in 18 U.S.C. § 3142(g), the Court detains Mr. Rahim as a danger to the community and finds that

5   no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his

6   appearance in this case.  *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d

7   1403, 1406 (9th Cir. 1985).

8                                    II.  CONCLUSION

9          The Court detains Mr. Rahim as a danger to the community.  Because Defendant waived

10  his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant

11  information at a later hearing, the Court orders that the hearing may be reopened at Defendant's

12  request at any future time.

13         Mr. Rahim shall remain committed to the custody of the Attorney General.

14         IT IS SO ORDERED.

15

16

17  DATED: January 21, 2011

18                                    DONNA M. RYU
                                      United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

DETENTION ORDER
CR 10-00541CW  (DMR)                          2