MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA BETH KANE (CABN 150630)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:  (510) 637-3724
    E-Mail:     Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0541-CW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT AS |
| MUSTAFA RAHIM, | ) | TO DEFENDANT MUSTAFA RAHIM |
| | ) | |
| Defendants. | ) | |
| | ) | |

      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his undersigned attorney that the status hearing presently set for February 16, 2011, be continued to March 23, 2011 at 9:30 a.m.  This continuance applies only to defendant Rahim.  The defense continues to review discovery and conduct necessary investigation.  The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties agree that the waiver covers all time between the date of this stipulation

STIPULATION AND [PROPOSED] ORDER
CR-10-0541-CW

and March 23, 2011.

IT IS SO STIPULATED:

Dated: February 14, 2011                                          /S/
                                                        DAVID ANDERSEN
                                                        *Attorney for Rahim*

Dated: February 14, 2011                                          /S/
                                                        JOSHUA HILL
                                                        Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for February 16, 2011 is hereby rescheduled for March 23, 2011 at 9:30 a.m. for further status.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between February 14, 2011 and March 23, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between February 14, 2011 and March 23, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between February 14, 2011 and March 23, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: February 15, 2011
                                                        LAUREL BEELER
                                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR-10-0541-CW                                           -2-