1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA BETH KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
         1301 Clay Street, Suite 340-S
6        Oakland, California 94612
         Telephone:  (510) 637-3740
7        Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )   No. CR-10-0541-CW
                                      )
14 |        Plaintiff,                )   STIPULATION AND ORDER TO
                                      )   CONTINUE STATUS CONFERENCE
15 |   v.                             )   AND EXCLUDE TIME UNDER THE
                                      )   SPEEDY TRIAL ACT AS TO
16 | MUSTAFA RAHIM,                   )   DEFENDANT MUSTAFA RAHIM
                                      )
17 |        Defendants.               )
                                      )

18

19
        IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its
20
   attorney, Joshua Hill, and the defendant through his undersigned attorney that the status hearing
21
   presently set for March 23, 2011, be continued to April 6, 2011 at 2:00 p.m. before the Honorable
22
   Claudia Wilken.  The defense continues to review discovery and conduct necessary
23
   investigation.  The parties agree that the delay is not attributable to lack of diligent preparation
24
   on the part of the attorney for the government or defense counsel.  For these reasons, the parties
25
   request that time under the Speedy Trial Act be excluded based on the need for reasonable time
26
   necessary for
27
   //
28

STIPULATION AND ORDER
CR-10-0541-CW

1  //

2  effective preparation, taking into account the exercise of due diligence.  The parties agree that
3  the waiver covers all time between the date of this stipulation and April 6, 2011.
4  IT IS SO STIPULATED:

5

6  Dated: March 18, 2011                                              /S/
   DAVID ANDERSEN
7  *Attorney for Rahim*

8  Dated: March 18, 2011                                              /S/
   JOSHUA HILL
9  Assistant United States Attorney

10

11                                              **ORDER**

12        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this
13  matter now scheduled for March 23, 2011 is hereby rescheduled for April 6, 2011 at 2:00 p.m.
14  before the Honorable Claudia Wilken for further status.  Based upon the representation of
15  counsel and for good cause shown, the Court also finds that failing to exclude the time between
16  March 18, 2011 and April 6, 2011 would unreasonably deny the government and the defense the
17  reasonable time necessary for effective preparation, taking into account the exercise of due
18  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served
19  by excluding the time between March 18, 2011 and April 6, 2011 from computation under the
20  Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
21  Therefore, it is hereby ordered that the time between March 18, 2011 and April 6, 2011 shall be
22  excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and
23  (B)(iv).

24

25  DATED: March 21, 2011
   HONORABLE DONNA M. RYU
26  United States Magistrate Judge

27

28

STIPULATION AND ORDER
CR-10-0541-CW                                          -2-